IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR CEBALLOS,

      Plaintiff,                    No. 2:12-cv-0989 LKK DAD P

   vs.

MERLE SOGGE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 3, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1        1.  The findings and recommendations filed May 3, 2013 (ECF No. 33), are
2 adopted in full;
3        2.  The December 27, 2012 motion to dismiss filed on behalf of defendants
4 Deems, Hamkar, Ma, and Walker (ECF No. 16) is denied;
5        3.  Defendants Deems, Hamkar, Ma, and Walker shall answer the complaint
6 within ten days from the date of this order;
7        4.  The January 16, 2013 motion of defendants Diercks and Wiser to dismiss is
8 granted; and
9        5.  Defendants Diercks and Wiser are dismissed from this action with prejudice.
10 DATED: June 17, 2013.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2