1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDGAR CEBALLOS,

11           Plaintiff,                        No. 2:12-cv-0989 LKK DAD P

12        vs.

13   MERLE SOGGE, et al.,

14           Defendants.              ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On May 3, 2013, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

22   objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1      1. The findings and recommendations filed May 3, 2013 (ECF No. 33), are

2  adopted in full;

3      2. The December 27, 2012 motion to dismiss filed on behalf of defendants

4  Deems, Hamkar, Ma, and Walker (ECF No. 16) is denied;

5      3. Defendants Deems, Hamkar, Ma, and Walker shall answer the complaint

6  within ten days from the date of this order;

7      4. The January 16, 2013 motion of defendants Diercks and Wiser to dismiss is

8  granted; and

9      5. Defendants Diercks and Wiser are dismissed from this action with prejudice.

10 DATED: June 17, 2013.

11

12

13

14  LAWRENCE K. KARLTON
    SENIOR JUDGE
15  UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26