IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR CEBALLOS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MERLE SOGGE, et al.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:12-CV-0989 LKK DAD PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE PLAINTIFF'S MEDICAL RECORDS UNDER SEAL FOR IN CAMERA REVIEW** |

　　　Defendants have requested leave to file plaintiff's medical records under seal. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendants' request to file plaintiff's medical records under seal (Doc. No. 37) is granted;

　　　2. The court will review plaintiff's medical records in camera as part of defendants' motion for summary judgment; and

/////

/////

/////

/////

/////

3.  The Clerk of the Court is directed to file under seal plaintiff's medical records, referenced as Exhibit A1-A264, in support of defendants' motion for summary judgment, until further ordered by the court.

Dated:  January 14, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/ceba0989.seal